JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP HILLARD, et al., | Case No. CV 17-4434 FMO (SSx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| TABC, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 18th day of December, 2017.

                                              /s/
                                 Fernando M. Olguin
                            United States District Judge